FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 12 AM 11: 17

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MIESHA OMAR PORTER, )
)
Petitioner, )
)
vs. ) CASE NO. 5:05-CV-39
) [underlying criminal
) case no: 5:03-CR-18]
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12th day of January, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA